IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AARON SCOTT,
:
      Petitioner,                                 Case No. 3:12-cv-146

                                          District Judge Walter Herbert Rice
   -vs-                                 :         Magistrate Judge Michael R. Merz

WARDEN, Mansfield Correctional
Institution,                               :

      Respondent.

## SUPPLEMENT TO ORDER FOR ANSWER

In this habeas corpus case filed under 28 U.S.C. § 2254, the Court issued on February 22, 2013, an Order for Answer to the Respondent Warden (Doc. No. 15).  The Order requires that the Warden file the state court record before filing the Answer, thereby obtaining a distinctive PageID on each page of the filed state court record.  The Order also requires that "[a]ll papers filed in the case thereafter, by either party, including the answer and the exhibit index, shall include record references to the PageID number."  (Order, Doc. No. 15, PageID 2567).

In order to ensure that the Petitioner is able to comply with this directive, the Order for Answer is hereby SUPPLEMENTED as follows:  the copy of the state court record served by Respondent on the Petitioner shall include the PageID numbers.  This is necessary because *pro se* litigants do not have access to the electronic case file for preparation of filings.

March 25, 2013.

                                                                            s/ *Michael R. Merz*
                                                                United States Magistrate Judge